IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD CRITTENDEN,

    Plaintiff,                    2:07-cv-1013-GEB-JFM-P

    vs.

J. MITZEL, et al.,

    Defendants.             <u>ORDER</u>

         By an order filed February 5, 2008, plaintiff was ordered to pay the appropriate filing fee within twenty days and was cautioned that failure to do so would result in the dismissal of this action. The twenty day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: March 12, 2008

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge